NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY LEWIS BUTLER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3171

---

Petition for review of the Merit Systems Protection Board in No. AT0752120838-I-2.

---

**ON MOTION**

---

**O R D E R**

Mary L. Butler moves for a 30-day extension of time, until December 18, 2013, to file her informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

BUTLER V. ARMY                                                                    2

The motion is granted.


                                    FOR THE COURT

                                    /s/  Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court

s27